IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ARDEN VAN UPP,

        Debtor.
                                 /

No. C 11-04408 SI

**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW**

      On September 6, 2011, debtor Arden Van Upp filed an appeal from an order of the United States Bankruptcy Court denying her motion to dismiss her Chapter 11 bankruptcy case. On July 23, 2012, this Court affirmed the Bankruptcy Court's denial of appellant's motion to dismiss.

      Prior to this Court's affirmation of the Bankrupty Court's order, appellant's counsel, Richard Sinclair, filed a motion to withdraw as attorney. Sinclair states that plaintiff has failed to abide by the terms of the agreement between him and appellant, and that he is currently owed $29,291.88 by her. Appellant has not filed any opposition to the motion to withdraw or otherwise contacted the Court.

      This case is now closed. To the extent that it has any bearing on the parties, the Court GRANTS Sinclair's motion to withdraw as counsel.

**IT IS SO ORDERED.**

Dated: August 9, 2012

SUSAN ILLSTON
United States District Judge